**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Eric Smallwood, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Anschutz Exploration Corporation, | ) | Case No. 1:11-cv-070 |
| and Nomac Drilling, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

The court held a status conference with the parties on March 8, 2012. Pursuant to the parties' discussions, the court's scheduling order shall be amended as follows:

4. The Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before July 1, 2012. The Defendants shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) on or before August 1, 2012.

6. The parties shall have until May 2, 2012, to move to join additional parties.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge