## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Eric Smallwood, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Anschutz Exploration Corporation, Nomac | ) | |
| Drilling, L.L.C., and Rodney R. Wilson | ) | |
| d/b/a R.W. Consulting, | ) | |
| | ) | Case No. 1:11-cv-070 |
| | ) | |
| Defendants. | ) | |

The court entered a scheduling order on October 28, 2011, adopting the pretrial deadlines agreed upon by the parties.  The court amended the scheduling order on March 8, 2012.

On May 17, 2012, the court entered an order granting plaintiff motion to join additional parties, i.e., Rodney A. Wilson and his business entity.  Plaintiff filed an amended complaint pursuant to the court's order on May 25, 2012.

On May 31, 2012, plaintiff filed a Motion for New Scheduling Order.  He ostensibly requests that the court suspend all pretrial deadlines.  The court **GRANTS** plaintiff's motion (Docket No. 40). All pretrial deadlines are suspended.  Once Wilson and his business entity have entered an appearance in this case, the court shall contact the parties to schedule an conference for the purpose of revising the pretrial deadlines.  However, the dates for the final pretrial conference and trial will not be changed at this time.  Any need to change these dates shall be discussed at the next scheduling conference.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2012.

/s/  Charles S.  Miller, Jr.
Charles S.  Miller, Jr.
United States Magistrate Judge